UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-173 (MJD/JGL)

GLOBAL CASH ACCESS, L.L.C.,

Plaintiff,

v.

**PRETRIAL ORDER**

INNOVATIVE FINANCIAL SYSTEMS, INC.,

Defendant*.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two to three days;

2. All motions which seek to amend any pleading or to add any parties must be filed and heard prior to May 1, 2000;

3. Plaintiff shall disclose all expert witnesses by November 1, 2000, and reports by December 1, 2000; Defendant shall disclose all expert witnesses by December 1, 2000, and reorts by January 1, 2001;

4. The period during which the parties may seek discovery shall be completed by February 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to May 1, 2001; and

7. This case will be considered "ready for trial" as of May 1, 2001.

DATED: April 5, 2000

APR 05 2000
FILED FRANCIS E. GOSAL, CLERK
JUDGMENT ENTD

JONATHAN LEBEDOFF
United States Magistrate Judge