**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Global Cash Access, L.L.C., a Delaware limited liability company,

Plaintiff,

vs.

Innovative Financial Systems, Inc., a Minnesota corporation,

Defendant.

**Civ. No. 00-CV-173 (MJD/JGL)**

**SECOND PRETRIAL ORDER**

---

Upon Stipulation of the parties, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the deadlines set forth in the Pretrial Order, filed on April 5, 2000, shall be modified as follows:

1. Defendant shall supplement its document production by November 30, 2000.

2. Plaintiff shall disclose its expert witnesses' reports by December 15, 2000; Defendant shall identify its expert witnesses by December 15, 2000 and shall discloss its expert witnesses' reports by January 15, 2001.

3. The period during which the parties may seek discovery shall be completed by February 15, 2001.

All other provisions of the April 5, 2000 Pretrial Order shall remain in full force and effect. The schedule may be further modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

FILED NOV 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
CLERK

Dated: _______________, 2000

JONATHAN B. LEBEDOFF
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Global Cash Access, L.L.C., a Delaware limited liability company,

Plaintiff,

vs.

Innovative Financial Systems, Inc., a Minnesota corporation,

Defendant.

**Civ. No. 00-CV-173 (MJD/JGL)**

**STIPULATION TO EXTEND DISCOVERY DEADLINES**

The parties hereby stipulate and agree, pursuant to Rule 16 of the Federal Rules of Civil Procedure and this Court's Local Rule 16.3, that this Court may enter an order to modify the pretrial schedule as set forth in the Court's Pretrial Order of April 5, 2000. The parties further stipulate and agree that grounds that good cause exists for modifying the Pretrial Order.

The parties make the following statement pursuant to Local Rule 16.3:

***A. What Discovery Has Been Completed***

The parties have exchanged written discovery. Plaintiff has identified its expert witnesses.

***B. What Discovery Remains to Be Completed***

Under the Pretrial Order of April 5, 2000, Plaintiff is to serve its expert reports by December 1, 2000, Defendant is to identify its experts on December 1, 2000, Defendant is to disclose its expert reports by January 1, 2001, and all discovery is to be completed by February 1, 2001.

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Plaintiff has asked Defendant to supplement its document production to address apparent discrepancies between the data in documents produced and the information disclosed in its interrogatory responses.

### *C. Why All Discovery Has Not Been Completed*

Defendant's supplemental production contains information required by Plaintiff's expert to complete his damages analysis. Defendant's counsel has indicated, however, that the supplemental production cannot be completed until after the Thanksgiving holiday. This does not allow sufficient time for Plaintiff's expert to examine and analyze the supplemental information to complete his report before the December 1, 2000 deadline.

### *D. How Long It Will Take to Complete Discovery*

Defendant anticipates that it can complete its supplemental production by November 30, 2000. Accordingly, Plaintiff anticipates that its expert can complete his analysis and disclose his opinions by December 15, 2000. The parties further propose to extend the deadline for Defendant to identify its experts to December 15, 2000, to extend the deadline for Defendant to disclose its expert reports to January 15, 2001, and to extend the deadline for completion of all discovery to February 15, 2001. No other deadlines need be extended at this time.

WHEREFORE, based upon the foregoing, the parties request that the Pretrial Order of April 5, 2000 be amended as set forth above.

Date: November 27, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By [signature]

Mark S. Olson #82120
Jacqueline M. Moen #239896
Dawn C. Van Tassel #297525
3400 Plaza VII, 45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Fax Telephone No.: (612) 607-7100

**ATTORNEYS FOR PLAINTIFF GLOBAL CASH ACCESS, L.L.C.**

Dated: November 27, 2000

**BRIGGS & MORGAN, P.A.**

By [signature]

Jack Y. Perry (#209272)
Matthew D. Forsgren (#246094)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 334-8400
Facsimile: (612) 334-8650

**ATTORNEYS FOR DEFENDANT INNOVATIVE FINANCIAL SYSTEMS**