**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Global Cash Access, L.L.C., a Delaware limited liability company,

Plaintiff,

vs.

Innovative Financial Systems, Inc., a Minnesota corporation,

Defendant.

**Civ. No. 00-CV-173 (MJD/JGL)**

**ORDER**

---

The above-entitled matter came for hearing before the Court on July 3, 2001, the Honorable Jonathan G. Lebedoff, Magistrate Judge, presiding, on Plaintiff's Motion to Enforce Settlement Agreement.

The Court being duly advised of the Motion, the arguments of the parties and all files, records and proceedings herein, IT IS ORDERED:

1. That Plaintiff's Motion be and hereby is GRANTED;

2. That the parties adhere to the terms of the Settlement Agreement;

3. That Defendant promptly pay Plaintiff the sum of two hundred thousand dollars ($200,000.00); and

4. That Plaintiff be awarded its fees and costs incurred by bringing this Motion.

Dated: July 3, 2001

BY THE COURT

The Hon. Jonathan G. Lebedoff
Magistrate Judge

FILED JUL 03 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

TC2/529351.01
06192001/07:48/18812.11